**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ANTHONY D. RUFF,**                                                          **PETITIONER**

**v.**                                  **No. 4:04CV385-P-B**

**JODY BRADLEY, ET AL.**                                        **RESPONDENTS**

## **FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice as procedurally defaulted.

**SO ORDERED,** this the 27th day of February, 2007.

                                                                       /s/ W. Allen Pepper, Jr.
                                                                       W. ALLEN PEPPER, JR.
                                                                       UNITED STATES DISTRICT JUDGE